*Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
    Judgment of sentence affirmed.

## Commonwealth *v.* Fisher, Appellant.

Submitted September 21, 1971. *John G. Mc-Dougall,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.
    Judgment of sentence affirmed.

## Commonwealth *v.* Fisher, Appellant.

Submitted September 21, 1971. *John G. McDougall,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.
    Judgment of sentence affirmed.

## Commonwealth *v.* Green, Appellant.